IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY BALTIMORE,

    Defendant.

Case No. 3:07cr173

JUDGE WALTER H. RICE

---

ENTRY SETTING FORTH PROCEDURES ON REMAINING FORFEITURE
ISSUES, RESERVED AT TRIAL FOR POST-TRIAL PROCEEDING

---

The captioned cause came on to be heard on June 27, 2013, during a telephone conference call between Court and counsel concerning a process for resolving the sole remaining issue in this matter, to wit: a forfeiture proceeding, reserved at trial for a post-trial proceeding.

No evidentiary hearing will be needed. Not later than the close of business on October 1, 2013, the Government will file a memorandum citing to and attaching pages from the official transcript that, in its opinion, support its entitlement to the forfeiture of the items at issue. The Defendant will file a responsive memorandum not later than the close of business on December 15, 2013, with the Government filing whatever reply memorandum is deemed necessary, not later than the close of business on January 31, 2014.

June 28, 2013

                                      WALTER H. RICE
                                  UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record